FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07-CR-68-MHT |
| | ) | [18 U.S.C. 2113(a)] |
| v. | ) | |
| | ) | |
| JABREE JAMANDE WILLIAMS | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 5, 2007, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

JABREE JAMANDE WILLIAMS,

by force, violence, and intimidation, did take from the person and presence of another approximately $1,871, the exact amount being unknown to the Grand Jury, belonging to and in the care, custody, control, management, and possession of Wachovia Bank, located at 2895 Eastern Boulevard, Montgomery, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
J.B. Perrine
Assistant United States Attorney