IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 2:07cr68-MHT |
| ) | |
| JABREE JAMANDE WILLIAMS    ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Jabree Jamande Williams, now in custody of Montgomery County Jail, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on May 23, 2007, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Montgomery County Jail, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on May 23, 2007, at 10:00 a.m.

Respectfully submitted this the 20th day of April, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:07cr68-MHT |
| ) | |
| JABREE JAMANDE WILLIAMS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 20, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, commanding them to deliver Jabree Jamande Williams, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on May 23, 2007, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE