IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr68-MHT |
| ) | |
| JABREE JAMANDE WILLIAMS ) | |

## **ORDER**

For good cause, it is

ORDERED that defendant's arraignment on May 23, 2007 is rescheduled from 10:00 a.m. to 10:30 a.m.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 17th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE