# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07CR68-MHT |
| ) | |
| **JABREE JAMANDE WILLIAMS** ) | |

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **JABREE JAMANDE WILLIAMS**, through Undersigned Counsel, Donnie W. Bethel, and moves this Court to continue the sentencing hearing in this matter until on or after February 1, 2008. In support of this Motion, Mr. Williams would show the following:

1. The sentencing hearing in this case is now set for December 3, 2007.

2. Undersigned Counsel will be out of the State of Alabama fulfilling his obligations with the United States Air Force Reserve from December 2, 2007, until December 21, 2007. Mr. Williams firmly desires that his sentencing hearing be continued so that Undersigned Counsel may be present, rather than have his hearing proceed with anyone else from the Office of the Federal Defender representing him.

3. Further, Undersigned Counsel currently has five jury trials (all of which are very likely to proceed to trial) on the trial term that begins January 14, 2008. The following week, the week of January 21, 2008, Undersigned Counsel will be in Colorado to attend the Advanced Criminal Law Seminar of the National Association of Criminal Defense Lawyers.

    4.    Assistant United States Attorney J. B. Perrine does not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Williams respectfully requests that the Court continue the sentencing hearing in this case from the presently scheduled date of December 3, 2007, until on or after February 1, 2008.

Dated this 26th day of November, 2007.

Respectfully submitted,

DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:07CR68-MHT** |
| ) | |
| **JABREE JAMANDE WILLIAMS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to J. B. Perrine, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49