IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr68-MHT |
| JABREE JAMANDE WILLIAMS | ) | |

ORDER

It is ORDERED as follows:

(1) Defendant Jabree Jamande Williams's motion to continue sentencing (Doc. No. 24) is granted.

(2) Sentencing for defendant Williams, now set for December 3, 2007, is reset for January 10, 2008, at 2:00 p.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 26th day of November, 2007.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**