IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-68-MHT |
| | ) | |
| **JABREE JAMANDE WILLIAMS** | ) | |

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
### FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On April 4, 2007, a one-count indictment was filed in this Court charging Defendant with a violation of 18 U.S.C. § 2113(a).

2. Defendant notified the United States of Defendant's intent to plead guilty to Count 1 sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty to Count 1 on or about September 10, 2007.

3. Therefore, pursuant to advisory United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be granted.

Respectfully submitted this the 8th day of January, 2008.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        s/J.B. Perrine
        J.B. PERRINE
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: jb.perrine@usdoj.gov
        ASB 9077 E31J

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-68-MHT |
| ) | |
| **JABREE JAMANDE WILLIAMS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    Respectfully submitted,

    s/J.B. Perrine
    J.B. PERRINE
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: jb.perrine@usdoj.gov
    ASB-9077-E31J