
Judge Myron Thompson,

How are things going with you? Well, I hope good. I'm just making it myself. I've made a bad decision on some things in my life, and I can only learn from them. I'm 21 years old. And My Dad are still alocolies. At 9 years old I learned My Great Aunt took me in away from all the negativity that went on in my life before. I mean, I was blessed. Didn't have to worry about anything. I played basketball, football, and track all through school. By my tenth grade year my life took a total U-turn. Girls once friends, marry friends, Then my baby brother died. Thats when I started to change. I went into a stage where I didn't went to answer to anything, but my mom, Which was on Crack cocaine. I only wanted to voice by her rules, instead of my great aunt's. So, By the end of my tenth grade year, I had chosen to move out. Where ever my mother was I wanted to be. That at that time in my life that was my biggest and Dumbest decision I made, because I went from, Having a not having. I was literally on the streets and trying to attend High school. So, things went at home but bad in school. Because I was working out night, going to school in the Day. So my grades started to drop, because of that time, I was only trying to pay rent. Then, at the same time, I was helping my mother and supporting her Drug use addictions. I didn't find out that I was supporting her Drug use addiction until my friend told me. And that took alot from me one. I found that. Thats when I ⟵

Decided to leave school, start a life of my own. I thought things would be better that way. Of course, there were bumps in the road, but I got over them. Having no transportation, I still was determine to get to and from work. I knew there were bills I had to pay. So, really that was my main priority. Along the way, I got my self into a little trouble with my cousin trying to steal a motorcycle. Another bad decision in my life I've made. I was blessed I didn't have to go to prison or jail behind it. So I worked even harder to stay out these streets to better myself. But it seemed as if, the harder I work, the harder things got. Things had gotten bad. I had gotten 2 months behind on bills, and it seemed as if I couldn't get out the hole. It had gotten where me and my girlfriend was staying in a house where almost nothing was on. So, to make matters worse, we started staying from hotel to hotel. And that got to a point where I was working only to save money to pay backed up bills, and for hotels. Then, income-tax season was around the corner. So, I figured when I get my income-tax back everything will be okay. So, me being me, I kind of relaxed. I was very stressful at the time. Then Christmas passed, so I was hoping that in Jan. it was going to be a fresh start. At the same time, that was the same time I was going to receive income-tax. Which I worked very hard that year to earn my taxes at the end of the year. Unfortunately, Jan. 17, 07 I found out someone had use my information on their tax return to claim me. And that their broke my heart.

Judge Thompson I didn't know what to do. My pride wouldn't let me go to my Great Aunt for help. And she was all I had. But in the past I let her down. So, I really was scared to go back and ask for help. I already took out for a loan, months earlier. So, I figured if I went into a bank and ask for a loan they would give it to me. Then, I figured they wouldn't give me a loan because I probably wouldn't have good credit. So my mind went every kind of way on what to do. I was to a point where I was homeless. It seemed like I was only working to pay Hotel fair, food fairs, and Gas fair. I didn't know what to do, or who to go to. So, I thought about robbing a bank.

I never told anyone what was on my mind. Not even the girl I was dating at the time. Because I actually thought I was losing my mind. I thought about it. Debated on it. Then, I just did it. I went into the bank, ask for money. I never thought that by doing this I could have someone traumatized by it. I never wanted for anyone to get harmed (mentally) or physically. I truely apologize for the decision I chose to make. Not that I didn't hurt anybody but I put people lives in danger. And that was something I didn't think of before doing the dumbest thing.

I've been incarcerated since feb.05,07. I've never did any time before. And this is something I wouldn't give to my worst enemy. I'm the youngest so far. And I feel I still have a future ahead of me. I'm not going to give up on myself like once before. I still can

help my mother before its too late. I still can, and also will go and get my education. I'm not going to hold this against myself. I'm not the person it seems it might be. I just made a dumb decision. I only can learn from this. If the lord see fits to give me another chance I'm gone take it. I don't ever want to go through this again. Being in here makes me cherish my freedom. This is not the life Jabree Williams wants to ever go through again.

    And by me coming forth with this letter, I didn't want you to look and judge me from a sheet of paper, I wanted you to know me before I step foot in your courtroom.

Sincerely,
Jabree Williams