IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )     CRIMINAL ACTION NO.
     v.                      )         2:7cr68-MHT
                             )            (WO)
JABREE JAMANDE WILLIAMS      )
```

ORDER

Based on the noncompliance report (doc. no. 55) and by agreement of the parties made in open court on June 10, 2016, it is ORDERED as follows:

(1) The court concurs with the recommendation of the supervising probation officer in the noncompliance report (doc. no. 55).

(2) The supervising probation officer is to inform the court of the disposition of the other criminal matter at issue, regardless as to whether it results in a conviction, a nonconviction, or dismissal.

(3) As further conditions of supervised release,

   (a) defendant Jabree Jamande Williams is to have no contact with Jannine Lewis, who is the subject

of the domestic violence incident referred to in the noncompliance report (doc. no. 55);

    (b) he must not contact Ms. Lewis by phone, text, email, social media, or through any other means;

    (c) he is not to meet with her in person for any reason; and

    (d) he is to comply in full with the "protection order" issued by the Circuit Court of the State of Alabama, case number DR-2016-900355, which forbids him from making certain unwanted contact with Ms. Lewis.

    DONE, this the 17th day of June, 2016.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**